# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MICHAEL WILLIAMS,                                                      PLAINTIFF
ADC #93995

v.                                5:12CV00457-BSM-JTK

RAY HOBBS, et al.                                           DEFENDANTS

## **ORDER**

Defendants shall respond to Plaintiff's Motion to Change Deposition Transcript (Doc. No. 51) within ten days of the date of this Order.

IT IS SO ORDERED this 22nd day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE