IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL WILLIAMS,** **PLAINTIFF**
**ADC #93995**

v.           CASE NO. 5:12CV00457 BSM

**RAY HOBBS, et al.** **DEFENDANTS**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney, and the objections filed by the plaintiff, have been reviewed. After careful consideration, and a *de novo* review of the record, it is found that the recommendations should be, and hereby are, adopted in their entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 54] is granted. Plaintiff Michael Williams's complaint against defendants Frances Johnson and Corey Haynie is dismissed without prejudice, for failure to exhaust administrative remedies. Williams's complaint against the remaining defendants is dismissed with prejudice.

IT IS SO ORDERED this 28th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE